IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HERBERT J. WALKER, ET AL., | § |
| Plaintiffs, | § |
| VS. | § NO. 4:17-CV-172-A |
| PARKER COUNTY, TEXAS, | § |
| Defendant. | § |

ORDER RE APPOINTMENT OF COUNSEL

Came on for consideration the motion of plaintiffs, Herbert Walker and Judy Walker, to appoint counsel filed on April 19, 2017. Plaintiffs' motion is the second of its kind filed in the above-captioned action; the first motion to appoint counsel was denied by the court by order signed February 28, 2017. Having considered the instant motion, the court concludes that it should be denied for the same reasons stated in the February 28, 2017, order. Therefore,

The court ORDERS that plaintiffs' motion be, and is hereby, denied.

SIGNED April 21, 2017.

_____
JOHN McBRYDE
United States District Judge